No. 84–1480. WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS v. GREENFIELD. C. A. 11th Cir. [Certiorari granted, 471 U. S. 1098.] Motion of Illinois Psychological

Association for leave to participate in oral argument as *amicus curiae* and for divided argument denied.